ANNA PLEVA, APPELLANT, v. SAMUEL GOTTZEIT, RESPONDENT.

Argued May 23, 1935—Decided October 9, 1935.

For the appellant, *Maurice C. Krivit.*

For the respondent, *Autenrieth & Wortendyke.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, CASE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ.   11.

*For reversal*—None.